UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JICHUAN MIDDLETON, *on behalf of himself and all*　　　　　JUDGMENT
*others similarly situated*,　　　　　　　　　　　　　　　　17-CV- 0099 (PKC)

　　　　　　　　　　Plaintiff,

　　　-against-

PALACE CHICKEN and GRILL, ZABI ARIFEE, and
MOHAMMAD ARIFEE, *jointly and severally*,

　　　　　　　　　　Defendants.
-------------------------------------------------------------------X

　　　　　An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on May 5, 2017, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated April 27, 2017; approving the settlement agreement; and directing the Clerk of Court to enter judgment; it is

　　　　　ORDERED and ADJUDGED that the settlement agreement is approved; and that judgment is hereby entered in favor of Plaintiff Jichuan Middleton and against Defendants Palace Chicken and Grill, Zabi Arifee, and Mohammad Arifee, jointly and severally, in the total sum of Fifteen Thousand Dollars and 00/100 ($15,000.00) as follows:

　　　　　(i)　　Due ten (10) days following the Court's approval of the Settlement Agreement, the amount of Five Thousand Dollars ($5,000.00);

　　　　　(ii)　　Due two (2) months following the Court's approval of this Settlement Agreement, the amount of Five Thousand Dollars ($5,000.00);

　　　　　(iii)　　Due three (3) months following the Court's approval of this Settlement Agreement, the amount of Five Thousand Dollars ($5,000.00). This shall represent the final payment; and that it is further,

**JUDGMENT** 17-CV- 0099 (PKC)

      ORDERED and ADJUDGED that Plaintiffs counsel shall execute and deliver to counsel for Defendant a valid IRS W-9; that all settlement payments shall be payable via certified check to "Pardalis & Nohavicka, LLP *as attorney* for Jichuan Middleton" and delivered to Pardalis & Nohavicka, LLP at 35-10 Broadway, Suite 201, Astoria, New York 11106.

| | |
|---|---|
| Dated: Brooklyn, New York<br>      June 07, 2017 | Douglas C. Palmer<br>Clerk of Court |
| | by:   */s/ Janet Hamilton*<br>       Deputy Clerk |